UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to the Cases in Exhibit A*

------------------------------------------------------------------------------x

14-MD-2543
14-MC-2543

ORDER NO. 171

JESSE M. FURMAN, United States District Judge:

**[Regarding the Administrative Closure of Certain MDL 2543 Member Cases]**

The Court understands that the majority of the member cases currently open on the MDL 2543 docket assert claims that are subject to settlement agreements that, if and when they are fully implemented, would result in dismissal of the plaintiffs' claims. In particular:

1. A large number of cases currently open in this MDL are subject to settlement agreements that, if and when they are fully implemented, should result in all plaintiffs in those cases dismissing their claims with prejudice in due course. The attached Exhibit A identifies 258 actions in which all remaining plaintiffs are subject to agreements to settle their claims.

2. In Orders No. 29 and 50 (Docket Nos. 477, 875), the Court dismissed without prejudice many actions in this MDL that asserted economic loss claims. In subsequent orders (*see, e.g.*, Docket No. 4895), the Court has directed the Clerk of Court to administratively close certain of those economic loss actions, but others of those actions remain open. The attached Exhibit B identifies 97 actions that were dismissed without prejudice pursuant to Orders No. 29 and 50, but nevertheless remain open on the Court's docket. The Court recently ordered that these remaining actions be stayed pending the Court's determination of whether the proposed class settlement that would resolve economic loss claims in this MDL (the "Class Settlement") should be granted final approval. (Order Granting Preliminary Approval of Class Settlement, Directing Notice Under

Rule 23(E), and Granting Related Relief (Docket No. 7877).)  In light of the fact that these claims were previously dismissed without prejudice, however, the Court believes these actions should now be administratively closed until the Court issues its determination concerning final approval.

The Court is inclined to and does administratively close the cases listed in Exhibits A and B.  Any party who believes that a case has been erroneously closed by this Order shall, no later than **June 18, 2020**, file a letter motion to re-open the case and explain why the case should remain open.  In addition, as to the cases listed on Exhibit A, a party may file a letter motion seeking to reopen a case within **21 days** of a material change in settlement status (such as, for example, the termination of the settlement).  As to the cases listed on Exhibit B, a plaintiff who elects to opt out of the settlement may file a letter motion to reopen their case within **28 days** of the date that the plaintiff opts out of the Class Settlement.  And, if the settlement is not given final approval, or if final approval is granted but overturned on appeal, any plaintiff may have **28 days** from either event to file a letter motion to reopen their case.

Any party opposing a motion to re-open one of the cases closed pursuant to this Order shall file a response brief within **10 days** after the motion to re-open is filed.

Nothing in this Order shall be construed as a judgment under Federal Rules of Civil Procedure 54 or 58, nor shall this Order be construed as re-opening the time for seeking post-judgment relief or filing an appeal.

The Clerk of Court is directed to administratively close the cases listed in Exhibits A and B.

SO ORDERED.

Dated: June 1, 2020
New York, New York

                        JESSE M. FURMAN
                       United States District Judge

# Exhibit A

| Case Name | Case Number |
|---|---|
| Abney et al v. General Motors, LLC | 1:14-cv-05810-JMF |
| Edwards v. General Motors, LLC | 1:14-cv-06924-JMF |
| Chaplin v. General Motors Corp et al | 1:14-cv-07474-JMF |
| Vest v. General Motors LLC, et al. | 1:14-cv-07475-JMF |
| O'Neill et al v. General Motors LLC | 1:14-cv-08133-JMF |
| Bachelder et al v. General Motors LLC | 1:15-cv-00155-JMF |
| Smith v. General Motors LLC et al | 1:15-cv-00178-JMF |
| Lyon-Schmidt v. General Motors, LLC | 1:15-cv-00182-JMF |
| Adams et al v. General Motors, LLC | 1:15-cv-00186-JMF |
| Bersano et al v. General Motors LLC | 1:15-cv-00550-JMF |
| Bolden et al v. General Motors LLC | 1:15-cv-01316-JMF |
| Zegarra v. General Motors LLC | 1:15-cv-01624-JMF |
| Zehner et al v. General Motors Company, LLC et al | 1:15-cv-01982-JMF |
| Gambill et al v. General Motors, LLC | 1:15-cv-02035-JMF |
| Patterson v. General Motors, LLC | 1:15-cv-02089-JMF |
| Weaver v. General Motors, LLC et al | 1:15-cv-02170-JMF |
| Kirchinger v. General Motors LLC | 1:15-cv-02588-JMF |
| Bermudez et al v. General Motors, LLC | 1:15-cv-02644-JMF |
| Hofling v. General Motors LLC | 1:15-cv-03417-JMF |
| Davis et al v. General Motors LLC et al | 1:15-cv-03593-JMF |
| Tucker et al v. General Motors, LLC | 1:15-cv-03650-JMF |
| Maresca v. General Motors LLC | 1:15-cv-03702-JMF |
| Bradford v. General Motors, LLC | 1:15-cv-04088-JMF |
| Altebaumer et al v. General Motors, LLC | 1:15-cv-04142-JMF |
| Uglow v. General Motors, LLC | 1:15-cv-04385-JMF |
| Danley et al v. General Motors LLC | 1:15-cv-04647-JMF |
| Blood v. General Motors LLC | 1:15-cv-06578-JMF |
| Collins et al v. General Motors, LLC | 1:15-cv-06990-JMF |
| Hinds et al v. General Motors LLC et al | 1:15-cv-07224-JMF |
| Quiet et al v. General Motors, LLC | 1:15-cv-07389-JMF |
| Flournoy v. General Motors, LLC | 1:15-cv-07539-JMF |
| Walls v. General Motors LLC | 1:15-cv-08859-JMF |
| Devine v. General Motors, LLC | 1:15-cv-08958-JMF |
| Whatley v. General Motors, LLC | 1:15-cv-08960-JMF |

| Case Name | Case Number |
|---|---|
| May v. General Motors LLC. | 1:15-cv-09215-JMF |
| Abou-Trabi v. General Motors LLC et al | 1:15-cv-09339-JMF |
| Bergman v. General Motors, LLC | 1:15-cv-09393-JMF |
| Bowen et al v. General Motors, LLC | 1:15-cv-09873-JMF |
| Valenzuela v. General Motors, LLC | 1:16-cv-00210-JMF |
| Murphy et al v. General Motors L.L.C. et al | 1:16-cv-00678-JMF |
| Lucas et al v. General Motors LLC et al | 1:16-cv-00698-JMF |
| Abram et al v. General Motors LLC | 1:16-cv-00924-JMF |
| Adesanya, et al v. General Motors, LLC | 1:16-cv-00925-JMF |
| Hallwirth v. General Motors LLC | 1:16-cv-01195-JMF |
| Dillabough v. General Motors LLC | 1:16-cv-01944-JMF |
| Padilla et al. v. General Motors LLC | 1:16-cv-02158-JMF |
| Hodges v. General Motors LLC | 1:16-cv-02270-JMF |
| Atkins v. General Motors LLC | 1:16-cv-02343-JMF |
| Hall v. General Motors LLC | 1:16-cv-02353-JMF |
| Rihn v. General Motors LLC | 1:16-cv-02357-JMF |
| Clopper v. General Motors LLC | 1:16-cv-02371-JMF |
| Petersen v. General Motors LLC | 1:16-cv-02376-JMF |
| Lakhani et al v. General Motors, LLC | 1:16-cv-02391-JMF |
| Collie et al v. General Motors LLC et al | 1:16-cv-02730-JMF |
| Mistrot et al v. General Motors, LLC | 1:16-cv-02919-JMF |
| Athey v. General Motors LLC | 1:16-cv-03105-JMF |
| Harris v. General Motors LLC | 1:16-cv-03634-JMF |
| Buckley et al v. General Motors, LLC | 1:16-cv-03768-JMF |
| Scovil et al v. General Motors, LLC | 1:16-cv-05251-JMF |
| Kats v. General Motors LLC | 1:16-cv-05491-JMF |
| Brown v. General Motors LLC | 1:16-cv-05947-JMF |
| Fuller v. General Motors LLC | 1:16-cv-06767-JMF |
| Olufs et al v. General Motors, LLC | 1:16-cv-06828-JMF |
| Soehl et al v. General Motors, LLC | 1:16-cv-07258-JMF |
| Smith et al v. General Motors LLC | 1:16-cv-08683-JMF |
| Hubbard v. General Motors, LLC | 1:16-cv-08974-JMF |
| Mudgett et al v. General Motors, LLC | 1:16-cv-09222-JMF |
| Henry v. General Motors LLC et al | 1:16-cv-09251-JMF |

| Case Name | Case Number |
| --- | --- |
| Alexander et al v. General Motors, LLC | 1:16-cv-09518-JMF |
| Leegrand et al v. General Motors, LLC | 1:16-cv-09999-JMF |
| Magee et al v. General Motors LLC | 1:17-cv-01001-JMF |
| Dunlap et al v. General Motors LLC | 1:17-cv-01050-JMF |
| Jordan v. General Motors LLC | 1:17-cv-02231-JMF |
| Williams et al v. General Motors LLC et al | 1:17-cv-02412-JMF |
| Stewart et al v. General Motors LLC | 1:17-cv-02610-JMF |
| Zapata et al v. General Motors, LLC | 1:17-cv-02686-JMF |
| Monroy et al v. General Motors LLC | 1:17-cv-02921-JMF |
| Boyle v. General Motors, LLC | 1:17-cv-03262-JMF |
| Wilson et al v. General Motors, LLC | 1:17-cv-03979-JMF |
| Harper v. General Motors LLC | 1:17-cv-05068-JMF |
| Fuentes et al v. General Motors, LLC | 1:17-cv-06338-JMF |
| Aguilar et al v. General Motors, LLC | 1:17-cv-06486-JMF |
| Ramsey v. General Motors, LLC | 1:17-cv-06525-JMF |
| Kour et al v. General Motors, LLC | 1:17-cv-06854-JMF |
| Allen et al v. General Motors, LLC | 1:17-cv-07441-JMF |
| Duval v. General Motor Corporation et al | 1:17-cv-08968-JMF |
| Aldrich-Kaut et al v. General Motors, LLC | 1:17-cv-09323-JMF |
| Rutheford v. General Motors, LLC | 1:17-cv-09464-JMF |
| Meyers et al v. General Motors LLC | 1:17-cv-09522-JMF |
| Stoner v. General Motors, LLC | 1:17-cv-09823-JMF |
| Hokams v. General Motors, LLC | 1:17-cv-10196-JMF |
| Thompson v. General Motors LLC | 1:18-cv-00729-JMF |
| Ramirez v. General Motors, LLC | 1:18-cv-01074-JMF |
| Hunter v. General Motors, LLC | 1:18-cv-01627-JMF |
| Smith v. General Motors LLC Ignition Switch Litigation | 1:18-cv-02063-JMF |
| Wyre v. General Motors, LLC | 1:18-cv-02245-JMF |
| Pounds v. General Motors, LLC | 1:18-cv-02274-JMF |
| Adams v. General Motors LLC. | 1:18-cv-02335-JMF |
| Anderson v. General Motors LLC | 1:18-cv-02336-JMF |
| Bonds v. General Motors LLC | 1:18-cv-02338-JMF |
| Elliott v. General Motors LLC | 1:18-cv-02341-JMF |
| Forrest v. General Motors LLC | 1:18-cv-02344-JMF |

4

| Case Name | Case Number |
| --- | --- |
| Mims v. General Motors LLC | 1:18-cv-02350-JMF |
| Lancia v. General Motors LLC | 1:18-cv-02454-JMF |
| McKnight v. General Motors, LLC | 1:18-cv-03247-JMF |
| Jones v. General Motors, LLC | 1:18-cv-03253-JMF |
| Campbell v. General Motors LLC | 1:18-cv-03340-JMF |
| Cannon v. General Motors LLC | 1:18-cv-03343-JMF |
| Debusk v. General Motors LLC | 1:18-cv-03344-JMF |
| Forrester v. General Motors LLC | 1:18-cv-03348-JMF |
| Gist v. General Motors LLC | 1:18-cv-03351-JMF |
| Lewis v. General Motors LLC | 1:18-cv-03354-JMF |
| Moore v. General Motors LLC | 1:18-cv-03356-JMF |
| Nedd v. General Motors LLC | 1:18-cv-03357-JMF |
| Noice v. General Motors LLC | 1:18-cv-03359-JMF |
| Reid v. General Motors LLC | 1:18-cv-03360-JMF |
| Schmitt v. General Motors LLC | 1:18-cv-03361-JMF |
| Thomas v. General Motors LLC | 1:18-cv-03362-JMF |
| Turner v. General Motors LLC | 1:18-cv-03363-JMF |
| Holmes et al v. General Motors, LLC | 1:18-cv-03760-JMF |
| Branham v. General Motors LLC | 1:18-cv-03808-JMF |
| Byther v. General Motors LLC | 1:18-cv-03809-JMF |
| Crocker v. General Motors LLC | 1:18-cv-03810-JMF |
| Devos v. General Motors LLC | 1:18-cv-03811-JMF |
| Eggert v. General Motors LLC | 1:18-cv-03812-JMF |
| Epherson v. General Motors LLC | 1:18-cv-03813-JMF |
| Fuller v. General Motors LLC | 1:18-cv-03816-JMF |
| Hatcher v. General Motors LLC | 1:18-cv-03817-JMF |
| Hutcheson v. General Motors LLC | 1:18-cv-03818-JMF |
| Walthall v. General Motors LLC | 1:18-cv-03819-JMF |
| Mack v. General Motors LLC | 1:18-cv-03821-JMF |
| Montoya v. General Motors LLC | 1:18-cv-03822-JMF |
| Glasker v. General Motors LLC | 1:18-cv-03823-JMF |
| Mullins v. General Motors LLC | 1:18-cv-03824-JMF |
| Myers v. General Motors LLC | 1:18-cv-03825-JMF |
| Owens v. General Motors LLC | 1:18-cv-03827-JMF |

| Case Name | Case Number |
| --- | --- |
| Sides v. General Motors LLC | 1:18-cv-03828-JMF |
| Smith v. General Motors LLC | 1:18-cv-03829-JMF |
| Staton v. General Motors LLC | 1:18-cv-03832-JMF |
| Thomas v. General Motors LLC | 1:18-cv-03834-JMF |
| Warn-Steele v. General Motors LLC | 1:18-cv-03835-JMF |
| Webster v. General Motors LLC | 1:18-cv-03836-JMF |
| Yearwood v. General Motors LLC | 1:18-cv-03839-JMF |
| Green v. General Motors L.L.C. | 1:18-cv-03857-JMF |
| Murphy v. General Motors, LLC | 1:18-cv-03880-JMF |
| McKinney v. General Motors, LLC et al | 1:18-cv-04190-JMF |
| Curry v. General Motors, LLC | 1:18-cv-04911-JMF |
| Robinson v. General Motors, LLC | 1:18-cv-05062-JMF |
| McClain v. General Motors, LLC | 1:18-cv-05303-JMF |
| Ames II v. General Motors, LLC | 1:18-cv-05400-JMF |
| Johnson v. General Motors, LLC | 1:18-cv-05401-JMF |
| Williams v. General Motors, LLC | 1:18-cv-05450-JMF |
| Brown v. General Motors, LLC | 1:18-cv-05546-JMF |
| Kiziah v. General Motors, LLC | 1:18-cv-05833-JMF |
| Vazquez v. General Motors, LLC | 1:18-cv-05835-JMF |
| Gutierrez v. General Motors, LLC | 1:18-cv-06019-JMF |
| Ball v. General Motors, LLC | 1:18-cv-06057-JMF |
| Champagne et al v. General Motors, LLC | 1:18-cv-06059-JMF |
| Konz et al v. General Motors, LLC | 1:18-cv-06246-JMF |
| Stevens v. General Motors LLC | 1:18-cv-06316-JMF |
| Sherman et al v. General Motors LLC | 1:18-cv-06568-JMF |
| Peete v. General Motors, LLC | 1:18-cv-06608-JMF |
| Perkins v. General Motors L L C | 1:18-cv-06623-JMF |
| Bauer v. General Motors, LLC | 1:18-cv-06980-JMF |
| Reyes et al v. General Motors, LLC | 1:18-cv-07045-JMF |
| Fritze et al v. General Motors, LLC | 1:18-cv-07059-JMF |
| Scott v. General Motors, LLC | 1:18-cv-07255-JMF |
| Bovanizer et al v. General Motors, LLC | 1:18-cv-07436-JMF |
| Morrison et al v. General Motors, LLC | 1:18-cv-07533-JMF |
| Williams v. General Motors, LLC | 1:18-cv-07540-JMF |

| Case Name | Case Number |
| --- | --- |
| Allyn v. General Motors, LLC | 1:18-cv-07587-JMF |
| Eubank v. General Motors LLC | 1:18-cv-07661-JMF |
| Wells v. General Motors LLC | 1:18-cv-07663-JMF |
| Kuch v. General Motors, LLC | 1:18-cv-07901-JMF |
| Murphy v. General Motors LLC | 1:18-cv-07938-JMF |
| Pawlicki v. General Motors, LLC | 1:18-cv-07946-JMF |
| Salinas v. General Motors, LLC | 1:18-cv-07964-JMF |
| LeBuffe et al v. General Motors, LLC | 1:18-cv-08161-JMF |
| Monroe v. General Motors, LLC | 1:18-cv-08187-JMF |
| Childs v. General Motors, LLC | 1:18-cv-08224-JMF |
| Soppeck v. General Motors, LLC | 1:18-cv-08322-JMF |
| Wilson et al v. General Motors, LLC | 1:18-cv-08364-JMF |
| Theakos v. General Motors, LLC | 1:18-cv-08629-JMF |
| Matlock v. General Motors, LLC | 1:18-cv-08663-JMF |
| White v. General Motors, LLC | 1:18-cv-09095-JMF |
| Leali v. General Motors, LLC | 1:18-cv-09122-JMF |
| Morris v. General Motors, LLC | 1:18-cv-09368-JMF |
| Kerswill v. General Motors, LLC | 1:18-cv-09704-JMF |
| Flynn v. General Motors, LLC | 1:18-cv-09827-JMF |
| Flynn v. General Motors, LLC | 1:18-cv-09829-JMF |
| Sparks v. General Motors, LLC | 1:18-cv-09977-JMF |
| Greene v. General Motors, LLC | 1:18-cv-10034-JMF |
| Cordova v. General Motors, LLC | 1:18-cv-10261-JMF |
| Cyford v. General Motors, LLC | 1:18-cv-10266-JMF |
| Scott v. General Motors, LLC | 1:18-cv-10632-JMF |
| Brinkley et al v. General Motors, LLC | 1:18-cv-10638-JMF |
| Steward v. General Motors, LLC | 1:18-cv-10848-JMF |
| Jones v. General Motors, LLC | 1:18-cv-10883-JMF |
| Wagner, Sr. v. General Motors, LLC | 1:18-cv-11475-JMF |
| Miller v. General Motors, LLC | 1:18-cv-11687-JMF |
| Ronneburg et al v. General Motors, LLC | 1:18-cv-12097-JMF |
| Avolio v. General Motors, LLC | 1:19-cv-00553-JMF |
| Barlow et al v. General Motors, LLC | 1:19-cv-00556-JMF |
| Jimison v. General Motors, LLC | 1:19-cv-01110-JMF |

| Case Name | Case Number |
|---|---|
| Reed v. General Motors, LLC | 1:19-cv-01117-JMF |
| Witty v. General Motors, LLC | 1:19-cv-01458-JMF |
| Allen et al v. General Motors, LLC | 1:19-cv-02088-JMF |
| Tatum v. General Motors, LLC | 1:19-cv-02135-JMF |
| Bonner v. General Motors, LLC | 1:19-cv-02365-JMF |
| Wade v. General Motors, LLC | 1:19-cv-02546-JMF |
| Muncy v. General Motors, LLC | 1:19-cv-02756-JMF |
| Hall v. General Motors, LLC | 1:19-cv-02797-JMF |
| Norton v. General Motors, LLC | 1:19-cv-03078-JMF |
| Overton v. General Motors, LLC | 1:19-cv-03085-JMF |
| Duffy v. General Motors, LLC | 1:19-cv-03279-JMF |
| Freer v. General Motors, LLC | 1:19-cv-03296-JMF |
| Williams v. General Motors, LLC | 1:19-cv-03502-JMF |
| Moye v. General Motors, LLC | 1:19-cv-03870-JMF |
| Bisson v. General Motors, LLC | 1:19-cv-04279-JMF |
| Manuel v. General Motors, LLC | 1:19-cv-04283-JMF |
| Hebert v. General Motors, LLC | 1:19-cv-04517-JMF |
| Cox v. General Motors, LLC | 1:19-cv-04580-JMF |
| Henry v. General Motors, LLC | 1:19-cv-04583-JMF |
| Delgadillo v. General Motors, LLC | 1:19-cv-04747-JMF |
| Shoulders v. General Motors, LLC | 1:19-cv-04828-JMF |
| Bell v. General Motors, LLC | 1:19-cv-04891-JMF |
| Smith v. General Motors, LLC | 1:19-cv-04955-JMF |
| Page v. General Motors, LLC | 1:19-cv-05007-JMF |
| Gress v. General Motors, LLC | 1:19-cv-05151-JMF |
| Williams v. General Motors, LLC | 1:19-cv-05163-JMF |
| Davis v. General Motors, LLC | 1:19-cv-05380-JMF |
| Crum v. General Motors, LLC | 1:19-cv-05544-JMF |
| Shabazz v. General Motors, LLC | 1:19-cv-05586-JMF |
| Lotano v. General Motors, LLC | 1:19-cv-05591-JMF |
| Smith v. General Motors, LLC | 1:19-cv-05805-JMF |
| Neese v. General Motors, LLC | 1:19-cv-05848-JMF |
| Pendergrass v. General Motors, LLC | 1:19-cv-05920-JMF |
| Cook et al v. General Motors, LLC | 1:19-cv-06080-JMF |

| Case Name | Case Number |
|---|---|
| Thornton v. General Motors, LLC | 1:19-cv-06090-JMF |
| Lindsey v. General Motors, LLC | 1:19-cv-06240-JMF |
| McComas v. General Motors, LLC | 1:19-cv-06366-JMF |
| Wright v. General Motors, LLC | 1:19-cv-06757-JMF |
| Williams v. General Motors, LLC | 1:19-cv-06996-JMF |
| Shult v. General Motors, LLC | 1:19-cv-07701-JMF |
| Henderson v. General Motors, LLC | 1:19-cv-08330-JMF |
| Welsch v. General Motors, LLC | 1:19-cv-08333-JMF |
| Welsch v. General Motors, LLC | 1:19-cv-08334-JMF |
| Snow v. General Motors, LLC | 1:19-cv-08336-JMF |
| Bradford v. General Motors, LLC | 1:19-cv-08548-JMF |
| Terry v. General Motors, LLC | 1:19-cv-08551-JMF |
| Fife v. General Motors, LLC | 1:19-cv-09011-JMF |
| Van Nostrand v. General Motors, LLC | 1:19-cv-09012-JMF |
| Forsyth v. General Motors, LLC | 1:19-cv-09367-JMF |
| McGlasson v. General Motors, LLC | 1:19-cv-10132-JMF |
| Roberts v. General Motors, LLC | 1:19-cv-11062-JMF |
| Clark v. General Motors, LLC | 1:19-cv-11064-JMF |
| Jennings v. General Motors, LLC | 1:19-cv-11069-JMF |
| Cheatham v. General Motors, LLC | 1:19-cv-11335-JMF |

# Exhibit B

| Case Name | Case Number |
|---|---|
| Mazzocchi v. General Motors LLC et al | 1:14-cv-02714-JMF |
| Phaneuf et al v. General Motors L.L.C. | 1:14-cv-03298-JMF |
| Skillman v. General Motors L.L.C. et al | 1:14-cv-03326-JMF |
| Woodward v. General Motors LLC et al | 1:14-cv-04226-JMF |
| Ponce v. General Motors LLC et al | 1:14-cv-04265-JMF |
| Ramirez et al. v. General Motors LLC et al | 1:14-cv-04267-JMF |
| Benton v. General Motors LLC | 1:14-cv-04268-JMF |
| McConnell v. General Motors LLC | 1:14-cv-04270-JMF |
| Devora Kelley v. General Motors Company | 1:14-cv-04272-JMF |
| Satele et al v. General Motors LLC | 1:14-cv-04273-JMF |
| Shollenberger v. General Motors, LLC | 1:14-cv-04338-JMF |
| Maciel et al v. General Motors, LLC | 1:14-cv-04339-JMF |
| Brandt et al v. General Motors, LLC | 1:14-cv-04340-JMF |
| Silvas et al v. General Motors, LLC | 1:14-cv-04342-JMF |
| Heuler v. General Motors LLC | 1:14-cv-04345-JMF |
| Ratzlaff et al v. General Motors LLC | 1:14-cv-04346-JMF |
| Jawad v. General Motors LLC | 1:14-cv-04348-JMF |
| Jones v. General Motors LLC | 1:14-cv-04350-JMF |
| Phillip et al v. General Motors LLC | 1:14-cv-04630-JMF |
| Santiago v. General Motors, LLC | 1:14-cv-04632-JMF |
| Levine v. General Motors, LLC | 1:14-cv-04661-JMF |
| Edwards et al v. General Motors, LLC et al | 1:14-cv-04684-JMF |
| DeSutter et al v. General Motors, LLC | 1:14-cv-04685-JMF |
| Taylor v. General Motors Company | 1:14-cv-04686-JMF |
| Grumet et al. v. General Motors LLC | 1:14-cv-04690-JMF |
| Balls et al v. General Motors LLC | 1:14-cv-04691-JMF |
| Darby v. General Motors LLC et al | 1:14-cv-04692-JMF |
| Robinson et al v. General Motors LLC et al | 1:14-cv-04699-JMF |
| Cox v. General Motors LLC et al | 1:14-cv-04701-JMF |
| Witherspoon v. General Motors LLC et al | 1:14-cv-04702-JMF |
| Roush et al v. General Motors LLC | 1:14-cv-04704-JMF |
| Hurst v. General Motors Company | 1:14-cv-04707-JMF |
| Fugate v. General Motors, LLC | 1:14-cv-04714-JMF |

| Case Name | Case Number |
|---|---|
| Brown et al v. General Motors, LLC | 1:14-cv-04715-JMF |
| LaReine et al v. General Motors LLC et al | 1:14-cv-04717-JMF |
| Lewis v. General Motors LLC et al | 1:14-cv-04720-JMF |
| Dinco, et al vs. General Motors LLC | 1:14-cv-04727-JMF |
| Coleman v. General Motors LLC | 1:14-cv-04731-JMF |
| Deushane v. General Motors LLC | 1:14-cv-04732-JMF |
| Malaga et al v. General Motors LLC | 1:14-cv-04738-JMF |
| Camlan Inc. et al v. General Motors LLC | 1:14-cv-04741-JMF |
| Saclo et al v. General Motors, LLC et al | 1:14-cv-04751-JMF |
| Favro v. General Motors LLC, et al. | 1:14-cv-04752-JMF |
| Nava v. General Motors, LLC, et al. | 1:14-cv-04754-JMF |
| Spangler v. General Motors Corporation LLC | 1:14-cv-04755-JMF |
| Ross et al v. General Motors LLC et al | 1:14-cv-04756-JMF |
| McCarthy v. General Motors LLC et al | 1:14-cv-04758-JMF |
| Higginbotham v. General Motors LLC et al | 1:14-cv-04759-JMF |
| Nettleton Auto Sales Inc v. General Motors LLC et al | 1:14-cv-04760-JMF |
| Ruff et al v. General Motors LLC et al | 1:14-cv-04764-JMF |
| Bender v. General Motors LLC | 1:14-cv-04768-JMF |
| Burton et al v. General Motors LLC et al | 1:14-cv-04771-JMF |
| Foster v. General Motors LLC et al | 1:14-cv-04775-JMF |
| Powell v. General Motors, LLC | 1:14-cv-04778-JMF |
| Ashbridge v. General Motors LLC et al | 1:14-cv-04781-JMF |
| Detton v. General Motors Corporation LLC et al | 1:14-cv-04784-JMF |
| Forbes v. General Motors, LLC | 1:14-cv-04798-JMF |
| Salerno v. General Motors LLC et al | 1:14-cv-04799-JMF |
| Villa et al v. General Motors, LLC et al | 1:14-cv-04801-JMF |
| Lavell v. General Motors LLC | 1:14-cv-04802-JMF |
| Ashworth et al v. General Motors LLC | 1:14-cv-04804-JMF |
| Stafford v. General Motors, LLC | 1:14-cv-04808-JMF |
| Roach v. General Motors LLC et al | 1:14-cv-04810-JMF |
| Henry et al v. General Motors LLC | 1:14-cv-04811-JMF |
| Letterio v. General Motors LLC et al | 1:14-cv-04857-JMF |
| Deighan v. General Motors LLC et al | 1:14-cv-04858-JMF |

| Case Name | Case Number |
|---|---|
| Salazar v. General Motors LLC et al | 1:14-cv-04859-JMF |
| Kluessendorf v. General Motors L.L.C. et al | 1:14-cv-05035-JMF |
| Stevenson v. General Motors LLC | 1:14-cv-05137-JMF |
| Elliott v. General Motors, LLC. et al | 1:14-cv-05323-JMF |
| Arnold et al v. General Motors LLC et al | 1:14-cv-05325-JMF |
| Turpyn et al v. General Motors LLC et al | 1:14-cv-05328-JMF |
| Childre v. General Motors, LLC et al | 1:14-cv-05332-JMF |
| Smith v. General Motors, LLC et al | 1:14-cv-05338-JMF |
| Gebremariam v. General Motors LLC | 1:14-cv-05340-JMF |
| Stafford-Chapman v. General Motors, LLC et al | 1:14-cv-05345-JMF |
| Johnson v. General Motors, LLC | 1:14-cv-05347-JMF |
| Andrews v. General Motors LLC | 1:14-cv-05351-JMF |
| Bedford Auto Wholesale, Inc. v. General Motors LLC | 1:14-cv-05356-JMF |
| Biggs v. General Motors LLC et al | 1:14-cv-05358-JMF |
| DePalma et al v. General Motors LLC et al | 1:14-cv-05501-JMF |
| Ross v. General Motors LLC et al | 1:14-cv-05503-JMF |
| Holliday et al v. General Motors LLC et al | 1:14-cv-05506-JMF |
| Rukeyser v. General Motors LLC | 1:14-cv-05715-JMF |
| Sauer v. General Motors LLC et al | 1:14-cv-05752-JMF |
| Corbett et al v. General Motors, LLC | 1:14-cv-05754-JMF |
| Jones v. General Motors L.L.C. | 1:14-cv-05850-JMF |
| Ibanez et al v. General Motors LLC | 1:14-cv-05880-JMF |
| Rollins et al v. General Motors, LLC et al | 1:14-cv-07242-JMF |
| Krause v. General Motors LLC | 1:14-cv-07977-JMF |
| Williams v. General Motors LLC et al | 1:14-cv-07979-JMF |
| Kandziora v. General Motors LLC et al | 1:14-cv-08386-JMF |
| Belt v. General Motors LLC, et al | 1:14-cv-08883-JMF |
| Mullins v. General Motors LLC | 1:14-cv-08885-JMF |
| Gebremariam v. General Motors LLC | 1:14-cv-08886-JMF |
| Yagman v. General Motors Company et al | 1:14-cv-09058-JMF |
| Alers v. General Motors LLC | 1:15-cv-00179-JMF |